To whomever can assist,

I have brought numerous concerns to the attention of DCF about my child's well being, as well as the lack of help and effort I receive in trying to obtain financial assistance and childcare vouchers to help educate my son as a single father, and have received no response. My son was given a childcare voucher previously through DCF and needs another one issued but I have reached out through the proper channels and still have not been given information regarding revalidating/renewing or reapplying. I have called Stephane and Rachel – my provided contacts at DCF many times over multiple weeks and left voicemails when I was unable to get in touch to get some counsel in regards to my concerns, but despite persistent follow-up every time I have talked to them, I feel as though my concerns are not being addressed. My son's regular daycare The Guild is unable to accept my son without the childcare voucher that DCF previously provided – this is detrimental to my son's established routine and social development and things will be a great deal more difficult for my family without the childcare The Guild provides. My family knows the staff there personally and my son enjoys himself and thrives there. When I brought these concerns to the attention of I understand DCF workers Stephane and Rachel I was informed that DCF does not provide these vouchers – despite my son having one previously. I know DCF workers have a lot on their plate, but I feel like what I have to say is belittled or disregarded due to being a single father as opposed to being a single mother which is the more typical case. After doing a little research online I was able to verify that DCF does provide childcare vouchers in some cases[1]. I have a court date coming soon and would like to set up a meeting before November 2nd, 2017 to voice my concerns and hopefully get them addressed. I have also booked up legal counsel regarding the lack of assistance from DCF and to help determine whether or not this lack of response was due to a predetermined judgement about my situation due to my gender. I am trying to be the best father that I can for my son, and do not feel that I should be penalized or belittled for my efforts. My situation should qualify me for the aid that I am requesting - I hope we can come up with a solution before court – any assistance would be greatly appreciated.

Sincerely,
Quantriel Laura



---

[1] http://www.eec.state.ma.us/docs1/regs-policies/20130117-financial-assistance-policy-guide.pdf

**Quantreil Laura**
161 Mountain St W Apt B21
Worcester, MA 01606
(508) 714-1728
qdoe65@gmail.com

**Local DCF Office:**
Department Of Children And Families
151 W Boylston Dr
Worcester, MA 01606
(508) 793-8000

**DCF Fair Hearing Unit**
Corporate Office
600 Washington St
Boston, MA 02111

**29th March 2018**

In regards to my son X████ L█████

     I have brought numerous concerns to the attention of DCF about their conduct involving my case and the misinformation presented, as well as made numerous complaints to supervisors about the lack of response and effort from my caseworker Allison Buckley at DCF.   I have been trying to get proof DCF's closure of my case and establish my compliance with DCF in order to obtain sole custody of my son.  I have called Stephanie Corliss and Rachel – my provided contacts at DCF many times over multiple weeks and left voicemails when I was unable to get in touch to get some counsel in regards to my concerns.  I have also been in constant contact with my caseworker Allison Buckley.  Despite persistent follow-up every time I have talked to them, I feel as though my concerns are not being addressed. Furthermore, I feel as though my communication attempts are outright disregarded, and I am subsequently labelled uncooperative despite my efforts.

     Per the terms of the court - the judge will agree to my modification of custody requests conditional on each party's full compliance with the DCF Service Plan.  However, each time I tried to contact DCF to work at this compliance I was given excuses and reasons why they could not connect with me.  I have records of calls and messages to Rachel on multiple occasions after this court ruling trying to meet with anyone from DCF prior to the next court date and Rachel consistently missed these set meetings and was

difficult to reach even for consultation over the phone. I followed up diligently so that I could make sure I was in compliance with their service plan as the court requested, however Rachel was non-responsive and even when I asked Rachel to refer me to a supervisor on 08/29/2017 I did not receive a supervisor response.

DCF assured me they were taking my concerns seriously however they still repeatedly missed meetings set up to discuss the case in those following weeks, the last example before November's court date was 10/17/17 when I was told that an emergency came up. When I reached out to reschedule on 10/20/17 I received no response and sent follow up messages letting them know I had received no response. Although we were not able to effectively communicate prior to the November court date and were unable to meet, it seemed despite this period of nonresponse DCF was actually working with me towards a resolution during the court date on 11/02/2017, and from their testimony I thought we were finally all on the same page.

Despite feeling as though communication issues were resolved, upon the next court date on 01/22/2018, DCF seemed completely against me and presented misinformation in court by stating that their case against me was still open and supported and that I was not in compliance with DCF. This is detrimental to my attempts to obtain sole custody of my son and it will be a great deal more difficult for my family to find resolution due to the actions of DCF. When I brought these concerns to the attention of DCF workers Allison Buckley, her supervisors Stephanie Corliss and Sascha Pasternack, again my concerns were not addressed.

On Thursday, January 25th I reached out to Stephanie and Allison via email and requested mediation with a third party due to my current DCF contacts' lack of communication. I cited specific examples of this miscommunication including our last scheduled appointment in January where Allison from DCF implied in a voicemail that I might have forgotten the set time - I clarified in my email that I arrived on time for the scheduled appointment and it was my DCF worker did not show up. I had left after 20 minutes of waiting without receiving any contact from my case worker. Allison called me a while after missing the appointment and left a voice message that implied that she had been waiting there for me, and that I was unavailable during the time period we scheduled. In this email I requested a new DCF worker and asked about any formal procedure necessary to make that happen. I informed them of their misconduct in court

and pushed for a change in the treatment was receiving so that we could finally get everything resolved.

On January 28th I responded to another email to Stephanie re-asserting that I did not wish Allison Buckley to be involved in my case anymore - I reminded Stephanie that I have made multiple complaints about Allison's lack of communication and poor conduct and again I asked if there was anything additional they needed in order to process my request to be assigned a different worker.  Even after this, DCF did not address my request or even respond to my inquiries about the process of acquiring a new worker.

On March 23rd I was contacted by Allison Buckley after speaking to her supervisor Stephanie Corliss about the closing of my case, and Allison aggressively attacked my character over the phone, and implied that I was not in cooperation with DCF and even hung up on me in the end.  These kinds of phone calls are detrimental to my family's well-being and put stress on my son especially in cases like March 23rd when he was within earshot of the call.  I believe that contact with Allison's supervisor should prove my cooperation with DCF, as well as my continued follow-up towards anyone who reaches out to me about the case.

I feel as though DCF's poor communication and the misinformation Allison Buckley presented in court have been damaging to my family.  I know DCF workers have a lot on their plate, but I feel like what I have to say is belittled or disregarded due to being a single father.  I am a fairly reserved person and I find their methods in my family's case to be invasive and I find their actions to be without consideration for the well-being of my family. I am writing to request a fair hearing to voice my concerns and hopefully get them addressed.  I believe that DCF's continued involvement in my family's life would be damaging to our well being.

I believe that DCF did not follow its own regulation and this caused a lot of harm. The primary responsibility of a child welfare social worker is to protect children from situations of abuse, neglect  and other forms of maltreatment.  It has been established that there is no neglect, abuse or maltreatment in my son's case - I am open to any attempts from DCF to communicate or to visit with my family.  I have requested a different social worker only in an attempt to establish a clearer and better communication between DCF and my family. A new case worker should not be necessary at this point however - as they should not need to continue to attempt contact with me regarding the DCF case - it

should be closed.  The plaintiff Brunilda has not shown up for most of the court hearings and there is no recent support of DCF's claims.

I believe that DCF's procedural actions were not in conformity with their own policies and/or regulations and this resulted in substantial harm to my family.  I was denied access to a new social worker, and was consistently disregarded and labelled as uncooperative despite my attempts to communicate.  In the most recent hearing on 01/22/2018 the plaintiff Brunilda did not show up to court again, however due to Allison's damaging testimony I received a finding of "continued" and another scheduled court date rather than a resolution.  I would like to refuse further departmental services if possible as the case should be closed - there has been no further support for it.  I believe that my family no longer needs Department services and I am willing to do whatever the court deems necessary to end DCF involvement as I do not believe they have my son's or my family's best interests in mind.

I am trying to be the best father that I can for my son, and do not feel that I should be penalized or belittled for my efforts.  I have even enrolled in a 5-year "Family Self-Sufficiency Program" as of 7/01/2016 to make sure that I am providing the best possible life for my family, with an estimated completion date of 6/31/2021 and a number of set goals designed to give me the tools to put my family in a better place.  My situation should qualify me for the hearing that I am requesting - I hope that I am able to get these issues resolved.

Any assistance would be greatly appreciated.


Sincerely,




**Quantreil Laura**

To:

DCF Fair Hearing Office

600 Washington St

Boston, MA 02111

From:

Quantriel Laura

Stratton Hill Park Apartments

161 E. Mountain St

Apt B21

Worcester, MA 01606

(508)714-1728 (cellular)

In Regards to my son: X███ L███

Department of Children and Families

131 W. Boylston Dr.

Worcester, MA, 01604

Last Court Date: 1/22/2018

To whomever can assist,

I am writing to request a fair hearing in regards to my current case involving DCF. I have brought numerous concerns to the attention of DCF about my child's well being, as well as the lack of help and effort I receive in trying to obtain financial assistance and childcare vouchers to help educate my son as a single father, and have received no response. I have been requesting full custody of my son for years with little to no assistance given by DCF despite the fact that my son's mother does not attend any of the court hearings regarding custody anymore. We have 50/50 custody in the eyes of the court currently however my son spends the predominate amount of his time living with me and does not see his mother often anymore. His mother has a variety of documented issues with DCF herself on file and I have been trying to get this issue addressed in court ---- however in specific, Allison Buckley and her supervisor Stephanie Corliss from DCF seem unable to assist in any fashion, and often seem to be actively working against me on this with no explanation as to why.

DCF has documented concerns about myself, the mother, and man that she is with however every concern about myself has been screened out over the years, and I have my son most of the time at this point he is no longer in split custody as he is actively living with me. His mother again has many documented issues with DCF however she still retains 50/50 custody of my son Xavion. I have explicitly asked DCF what would be necessary to achieve full custody of my child, and also asked them explicitly multiple times about how to get my child's needs met and my voice heard in regards to these issues. My contacts are currently case worker Allison Buckley and her supervisor Stephanie Corliss, both of whom have been unhelpful and Alllsion has even been rude in court sessions – my lawyer for this custody case can testify to the treatment she received from Allision during our last court meeting. My lawyer and I are actively working towards a solution for care of my son and DCF seems to be working against us, again, without an explanation as to their explicit concerns. The most recent concern they raised about myself was "screened out" on 9/7/2017 however I am still unable to obtain full custody of my child, nor can I obtain any assistance in regards to his care.

My son was given a childcare voucher previously through DCF and needs another one issued but I have reached out through the proper channels and still have not been given information regarding revalidating/renewing or reapplying. I have called Stephane Corliss and Allison Buckley – my provided contacts at DCF many times over multiple weeks and left voicemails when I was unable to get in touch to get some counsel in regards to my concerns, but despite persistent follow-up every time I have talked to them, I feel as though my concerns are not being addressed. My son's regular daycare The Guild is unable to accept my son without the childcare voucher that DCF previously provided – this is detrimental to my son's established routine and social development and things will be a great deal more difficult for my family without the childcare The Guild provides. My family knows the staff there personally and my son enjoys himself and thrives there.

When I brought these concerns to the attention of I understand DCF worker Allison and her supervisor Stephanie I was informed that DCF does not provide these vouchers – despite my son having had one previously. I know DCF workers have a lot on their plate, but I feel like what I have to say is belittled or disregarded due to being a single father as opposed to being a single mother which is the more typical case. After doing a little research online I was able to verify that DCF does provide childcare vouchers in some cases[1]. I had a court date November 2nd, 2017 to voice my concerns and hopefully get them addressed but again the issue of full custody was continued until a later date.

I have also the testimony of my legal counsel regarding the lack of assistance from DCF and to help determine whether or not this lack of response was due to a predetermined judgement about my situation due to my gender. I feel as though his mother is given much more leniency from DCF then is reasonable considering she does not show up for court and has many documented issues with DCF that were not "screened out" as mine were. I am trying to be the best father that I can for my son, and do not feel that I should be penalized or belittled for my efforts.

At this point I am requesting to be assigned a new DCF case worker entirely. I feel as though Allison Buckley has been repeatedly unable to assist my family and unable to stay in useful contact as well. I have voicemails from Allison where she is late to appointments or otherwise unavailable, always with a reason behind her inability to be in contact. I feel as though Allison's conduct is unacceptable especially towards my legal counsel and in staying in good contact with myself and my family. I am uncomfortable working with her going forward on DCF issues as she does not seem to have my family's best interests in mind. I have brought this to the attention of her supervisor Stephanie Corliss as well and requested a new DCF worker and have been getting pushback on my request.

I have a scheduled meeting with DCF today involving Stephanie Corliss, Allison Buckley, and a third party to mediate (Sascha Pasternack) and I am hopeful that we can work together to act in the best interests of my son. I am again requesting full custody and am in full cooperation with DCF – I am just requesting that my case be assigned to a new DCF worker as Allison has been rude and repeatedly unable to represent the best interests of my child.

Sincerely,

Quantriel Laura

[1] http://www.eec.state.ma.us/docs1/regs-policies/20130117-financial-assistance-policy-guide.pdf

# GRIEVANCE

**Quantriel Laura**
161 Mountain St W Apt B21
Worcester, MA 01606
*(508) 714-1728*
*qdoe65@gmail.com*

April 30, 2018

Local DCF Office:
Department Of Children And Families
151 W Boylston Dr
Worcester, MA 01606



RECEIVED
MAY 0 1 2018
By_____

*Docket #:* 354 6567

To Area Director Ann Horgan,

I am writing to file a grievance against my local DCF office, and specifically my provided case worker Allison Buckley. I am having a problem with DCF's repeated misconduct in regards to the above-mentioned case regarding my son ~~Xavier Laura~~. DCF refuses to close the case despite no continued evidence over 60 days, resulting in continuous court dates and fees with no resolution. There is no party currently requesting DCF intervention or involvement in our family. Furthermore, their stressful lack of communication, unprofessional conduct and harmful statements in court have interfered with the quality of my family's life and directly violates their own procedure and mission statement

DCF's own website quotes "Who we serve: The Department of Children and Families (DCF) strives to protect children from abuse and neglect and supports young adults, age 18-22, who are transitioning from DCF custody to independent living. DCF works toward establishing the permanency and well-being of children by providing supports and services to families at home when it is safe to do so. When necessary, DCF provides foster care and, if parental reunification is not possible, finds new permanent families through kinship, guardianship or adoption" (see mass.gov/orgs/massachusetts-department-of-children-families). Their stated mission is to provide support and services to families in an attempt to establish permanency of a child's family for their well-being.

Since the above-mentioned case has no further evidence to support it, and there is no party interested in further DCF intervention, it is required by DCF's own policy that this case be closed. My social worker Allison Buckley did not follow this policy in the case involving my family as the case is still considered to be open. Furthermore, her failure to adhere to policy negatively impacted our family's well being as she was very uncommunicative, unprofessional, and unhelpful in her stated goal of supporting my child's permanency and well-being, and her actions in fact have made achieving permanency for this child more difficult instead.

I am submitting this letter as a GRIEVANCE because I strongly disagree with the actions of DCF in my family's case, I believe that they are doing more harm than good in our situation, and I believe that the case against my family should be closed prior to our next court hearing. I know DCF workers have a lot on their plate, but they continue to have a detrimental effect on my family and I believe my concerns are being disregarded due to being a single father and predetermined notions about my situation. I am

# GRIEVANCE

# GRIEVANCE

trying to be the best father that I can for my son, and do not feel that I should be penalized or belittled for my efforts.

## Summary of the Facts

Each time I tried to contact DCF to work at the court-requested compliance I was given excuses and reasons why they could not connect with me. I asked to speak to a supervisor on 08/29/2017 I did not receive a response. DCF assured me they were taking my concerns seriously however they still repeatedly missed meetings set up to discuss the case, the most recent example being 10/17/17 when I was told that an emergency came up. When I reached out to reschedule on 10/20/17 I received no response and sent follow up messages letting them know I had received no response.

Despite the lack of communication, DCF was actually working with me during the court date on 11/02/2017 and I thought we were all on the same page at that point. Despite feeling as though the issue was resolved, upon the next court date on 1/22/2018, DCF presented misinformation in court by stating that the case against me was still open - this is detrimental to my attempts to obtain sole custody of my son and things will be a great deal more difficult for my family without DCF clarifying the mistake in court. Due to the damaging testimony of my case worker Allison Buckley I received a finding of "continued" and another scheduled court date rather than a resolution. When I brought these concerns to the attention of DCF worker Allison Buckley and her supervisor Sasha, again my concerns were not addressed.

On Thursday, January 25th I reached out to Stephanie and Allison via email and requested mediation with a third party due to my current DCF contacts' lack of communication. I cited specific examples of this miscommunication including our last scheduled appointment in January where Allison from DCF implied in a voicemail that I might have forgotten the set time - I clarified in my email that I arrived on time for the scheduled appointment and it was my DCF worker did not show up. I had left after 20 minutes of waiting without receiving any contact from my case worker. Allison called me a while after missing the appointment and left a voice message that implied that she had been waiting there for me, and that I was unavailable during the time period we scheduled.

I sent an email which requested a new DCF worker and asked about any formal procedure necessary to make that happen. I informed them of their misconduct in court and pushed for a change in the treatment was receiving so that we could finally get everything resolved. On January 28th I responded to another email to Stephanie re-asserting that I did not wish Allison Buckley to be involved in my case anymore - I reminded Stephanie that I have made multiple complaints about Allison's lack of communication and poor conduct and again I asked if there was anything additional they needed in order to process my request to be assigned a different worker.

Even after this, DCF did not address my request or even respond to my inquiries about the process of acquiring a new worker. On March 3rd I was contacted by Allison Buckley after speaking to her supervisor Stephanie Corliss about the closing of my case, and Allison aggressively attacked my character over the phone, and implied that I was not in cooperation with DCF and even hung up on me in the end. These kinds of phone calls are detrimental to my family's well-being and put stress on my son especially in cases like March 23rd when he was within earshot of the call. I believe that my continued contact with Allison's supervisor should prove my cooperation with DCF, as well as my continued follow-up towards anyone who reaches out to me about the case.

# GRIEVANCE

# GRIEVANCE

## Attempts at Resolution

I have brought numerous concerns to the attention of DCF about their conduct involving my case and the misinformation presented, as well as made numerous complaints to supervisors about the lack of response and effort from my case worker at DCF. I have been trying to get proof of closure of DCF's case regarding me in order to obtain sole custody of my son. I have called Stephanie and Rachel – my provided contacts at DCF many times over multiple weeks and left voicemails when I was unable to get in touch to get some counsel in regards to my concerns. Despite persistent follow-up every time I have talked to them, I feel as though my concerns are not being addressed.

I had also requested to DCF management to be assigned a new DCF worker on multiple occasions and have not been able to do so. Allison Buckley is still my DCF worker currently despite these requests. I have even enrolled in a 5-year "Family Self-Sufficiency Program" as of 7/01/2016 to make sure that I am providing the best possible life for my family, with an estimated completion date of 6/31/2021 and a number of set goals designed to give me the tools to put my family in a better place.

I have made my best efforts to do anything requested of me by DCF and have co-operated with their requests, however DCF still maintains an open case against me and holds me in non-compliance.

## Statutory and Regulatory Background

The child welfare system is a group of services designed to promote the well-being of children by ensuring safety, strengthening families, and achieving permanency. Pursuant to Title IV-E of the Social Security Act, DCF is required to make reasonable efforts to preserve and reunify families prior to the placement of a child in foster care, to prevent or eliminate the need for removing the child from the child's home; and to make it possible for a child to safely return to the child's home. See 42 U.S.C. § 671(a)(15) . In situations involving a 51A report, Chapter 119 Section 51B of Massachusetts General Laws covers the procedure for investigation of these reports.

With regards to time frame for completing investigations, "If the department does not have reasonable cause to believe that a child's health or safety is in immediate danger from abuse or neglect, the investigation and evaluation shall commence within 2 business days of initial contact and a determination shall be made within 15 business days, unless a waiver has been approved by the area director or requested by law enforcement. " (See General Laws Part I Title XVII 119.51B). With regards to offering services to a family who is refusing them, "The department shall offer appropriate services to the family of any child which it has reasonable cause to believe is suffering from any of the conditions described in the report to prevent further injury to the child, to safeguard his welfare, and to preserve and stabilize family life whenever possible. If the family declines or is unable to accept or to participate in the offered services, the department or any person may file a care and protection petition under section 24." (See General Laws Part I Title XVII 119.51B).

Pursuant to the Department of Children and Families Case Closing Regulations, required events for closing a case include (4) A case must be closed when a voluntary applicant for Department services withdraws the application or refuses to participate in assessment, service planning or case review, and (5) a case must be closed when, after reasonable social work efforts and offers of service, a family which is the subject of an unsupported 51A report refuses further Departmental services and there are no grounds for either legal action or a new 51A report (See 110 CMR 9.02).

In the event of a necessary case closure DCF has a very thoroughly laid out procedure regarding in which it is the responsibility of the social worker to close the case, and to lay out any necessary plan

# GRIEVANCE

# GRIEVANCE

for case closure for the area director to review and if approved to submit to the family in writing (See 110 CMR 9.03.). The legal recourse for resolving this issue being that DCF did not follow their policy as laid out above is submitting a grievance (see 110 CMR 10.00: M.G.L. c. 18B, §§ 3, 4 and 7; c. 30A). The grievance process is intended to supplement the Fair Hearing procedure. The grievance procedure, like the Fair Hearing procedure, is designed to offer an informal dispute resolution process.

## Grievance

I am a reserved person and I find DCF's methods in my family's case to be invasive and unnecessary – furthermore and I find their actions to be without consideration for the well-being of my family. I believe that DCF did not follow its own regulation in that they did not conduct their investigation within the required time-frames and are continuing services with a family who has refused them, and these actions caused a lot of harm. The primary responsibility of a child welfare social worker is to protect children from situations of abuse, neglect and other forms of maltreatment. It has been established that there is no neglect, abuse or maltreatment in my son's case. I believe that DCF's procedural actions were not in conformity with their own policies and/or regulations and this resulted in substantial harm to my family. I was denied access to a new social worker, was unable to close the case involving my family, and was consistently disregarded and labeled as uncooperative despite my attempts to communicate.

## Minimal Remedial Measures

DCF should promptly implement the following minimal measures to remedy the deficiencies discussed above:

- Immediately begin the procedure for case closure of the above-mentioned case involving my family
- Immediately upon completion of the procedure for case closure, cease all contact with my family regarding the above-mentioned case.
- Pay compensatory damages to myself in an appropriate amount for court fees and other incurred expenses, as well as for the injuries suffered as a result of the DCF's failure to comply with the law as set forth above.

I look forward to your response to my grievance within 21 calendar days, and I hope to be able to work with you in an amicable and cooperative fashion to resolve my concerns with respect to the Massachusetts child welfare system. Please send all information to me at the above address, and please don't hesitate to contact me at the above-listed phone and email if you have any questions or would like additional information.

Sincerely,

*Quahtriel Laura*
Quahtriel Laura

# GRIEVANCE